UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVON DEAUTRY LEE JOHNSON,

Plaintiff,

v.

JACOB NAVARRO, et al.,

Defendants.

CASE NO. C22-01267-BHS-SKV

REPORT AND RECOMMENDATION

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his complaint, Dkt. 6, to this Court for filing on September 8, 2022, together with an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. At the time Plaintiff initiated this action, he was confined at the Maleng Regional Justice Center ("RJC") in Kent, Washington. *See id.* Plaintiff presented four claims alleging violations of his civil rights for excessive force, denial of medical assistance, denial of the right to a speedy trial, and for false arrest and false imprisonment. Dkt. 6 at 5-11. Plaintiff asserted claims against Officer Jacob Navarro and Officer Christopher Leyda of the Snohomish County Sheriff's Office, Terrence Carlstrom of the King County Prosecuting

Attorney's Office, three King County Superior Court judges, and Detectives John Free and Andy Skaar of the King County Sheriff's Office. *Id.* at 3.

Plaintiff changed his address of record on September 21, 2022. Dkt. 3. Copies of the case assignment letter sent to the address of record and the RJC were returned as undeliverable on September 28, 2022, and September 30, 2022, respectively. Dkt. 4, 8. On October 3, 2022, the Court issued an order granting Plaintiff's application for leave to proceed IFP and an order declining to serve Plaintiff's complaint and granting him leave to amend. Dkt. 5, 7. One month later, Plaintiff moved for an extension of time to file his amended complaint and requested authorization to depart from home detention to gather documents pertaining to this action. Dkt. 9. The Court granted the extension and denied Plaintiff's request for authorization to depart from home detention on November 7, 2022. Dkt. 10. A copy of the order was mailed to Plaintiff at his address of record but was returned to the Court on November 16, 2022. Dkt. 11. On December 12, 2022, the Court issued an order directing Plaintiff to update his address of record and file an amended complaint by January 17, 2023. Dkt. 12. To date, Plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed without prejudice, pursuant to Local Civil Rule 41(b)(2), for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect

your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be field within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

Dated this 3rd day of February, 2023.

S. KATE VAUGHAN
United States Magistrate Judge