UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVON DEAUTRY LEE JOHNSON, | CASE NO. 2:22-cv-01267-BHS |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| JACOB NAVARRO, et al., | |
| Defendants. | |

This matter comes before the Court on Magistrate Judge S. Kate Vaughan's Report and Recommendation ("R&R") recommending this Court dismiss Plaintiff Travon Deautry Lee Johnson's case for failure to prosecute. Dkt. 13. The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1) The R&R is **ADOPTED**;

(2) The action is **DISMISSED without prejudice** for failure to prosecute;

(3) The Clerk shall enter JUDGMENT and close this case; and

(4) The Clerk is directed to send copies of this Order to Johnson at his last known address, and to Judge Vaughan.

ORDER - 1

Dated this 27th day of February, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge